# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00279-CR

**Kelly Brian Rounds, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 57008, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Kelly Brian Rounds seeks to appeal from a judgment of conviction for aggravated sexual assault. The trial court has certified, and the record confirms, that Rounds waived the right of appeal. *See Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:  June 6, 2006

Do Not Publish